I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9.24.13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY CALIHAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>DONALD AVEY,<br><br>        Defendant. | Case No. CV 13-6493-UA (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 9/23/13

GEORGE H. KING
CHIEF U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 2 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY